**Starsha M. SEWELL, Plaintiff-Appellant,**

v.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Defendant-Appellee.**

**No. 17-1632**

United States Court of Appeals, Fourth Circuit.

Submitted: November 27, 2017

Decided: December 6, 2017

Starsha Sewell, Appellant Pro Se.

Michael Kelly Guss, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Washington, D.C., for Appellee.

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's orders dismissing this action alleging discrimination in employment and a conspiracy concerning child custody and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Washington Metro. Area Transit Auth.*, No. 8:16-cv-02456-GJH (D. Md. July 19 & Aug. 29, 2016; Mar. 13 & May 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*